

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00073-CV
_____


IN RE:  MARIA CRUZ BUSALEH



On Appeal from the County Court at Law
Fannin County, Texas
Trial Court No. FA-14-41684



Before Morriss, C.J., Carter and Moseley, JJ.

O R D E R

Maria Cruz Busaleh filed a petition in this Court August 29, 2014, seeking a writ of mandamus. By order of that same date, we directed the real party in interest to file a response to the petition, to be received by this Court on or before September 12, 2014. Susan E. Carter, counsel for the real party in interest, has moved this Court to extend that filing deadline.

In her motion, counsel does not provide the Court with a reasonable explanation of the need for an extension of time. This Court interprets Texas Rule of Appellate Procedure 10.5(b)(2) as requiring counsel to provide specific information to justify a requested extension, including the cause numbers of cases in which other briefs were filed, the dates they were filed, the dates, cause numbers and courts of matters scheduled for trial, the exact dates of trial (if known), the expected duration of trial, etc. Broad, general statements do not provide the required facts and are not adequate to meet the requirements of the rule. *See* TEX. R. APP. P. 10.5(b)(2).

All future motions to extend time must contain case-specific information adequate to justify the request, or they will be denied. In this instance, we grant the real party in interest's motion and extend the deadline for filing a response to relator's petition by fourteen days, making the response now due September 26, 2014. Further requests for extensions will not be looked upon with favor.

IT IS SO ORDERED.

BY THE COURT

Date: September 16, 2014

2